# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL J. THOMPSON

VERSUS

CHRISTOPHER A. MASON, ET AL

NO. 2024 CW 0627

**DECEMBER 9, 2024**

---

In Re: Christopher A. Mason, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 135749 c/w 138979 and 140158.

---

**BEFORE: GUIDRY, C.J., McCLENDON AND PENZATO, JJ.**

**WRIT DISMISSED.** Pursuant to November 20, 2024 correspondence from counsel for relator requesting that this writ application be withdrawn, this writ is dismissed.

**JMG**
**PMc**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT